HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY HANSON AND STEVEN HANSON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, a governmental entity, UNITED STATES POSTAL SERVICE, a governmental entity , and UNITED STATES GENERAL SERVICES ADMINISTRATION, a governmental agency,<br><br>Defendants. | No. 2:11-cv-01823<br><br>[Proposed] ORDER DENYING UNITED STATES MOTION TO DISMISS AND/OR SUMMARY JUDGMENT |

This matter, having come before the Court upon the United States' Motion to Dismiss and/or for Summary Judgment, the United States of America being represented by its counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney, the Plaintiffs being represented by their counsel, Paul Wallstrom and the Court having reviewed the pleadings, it is hereby

[Proposed] ORDER DENYING UNITED STATES MOTION TO DISMISS AND/OR SUMMARY JUDGMENT - 1

WALLSTROM LAW OFFICES
1734 NW MARKET STREET
SEATTLE, WA 98107
Phone: (206) 420-0180
Fax: (206) 407-3798
Fax: (206) 600-2917
WALLSTROM@PAULWALLSTROM.COM
WEBSITE: PAULWALLSTROM.COM

ORDERED, that the United States' Motion to Dismiss and/or for Summary Judgment is DENIED.

DATED this _____ day of _____, 2012.

_____
JOHN C. COUGHENOUR
United States District Judge

Presented by:

s/Paul Wallstrom
WSBA No. 8605
Wallstrom Law Offices
Attorneys for Plaintiffs
1734 NW Market Street
Seattle, WA 98107
Telephone: (206) 420-0180
Facsimile:   (206) 600-2917
E-mail: wallstrom@paulwallstrom.com
Attorney for Plaintiffs

[Proposed] ORDER DENYING UNITED STATES MOTION TO DISMISS AND/OR SUMMARY JUDGMENT - 2

WALLSTROM LAW OFFICES
1734 NW MARKET STREET
SEATTLE, WA  98107
Phone: (206) 420-0180
Fax: (206) 407-3798
Fax: (206) 600-2917
WALLSTROM@PAULWALLSTROM.COM
WEBSITE:  PAULWALLSTROM.COM